POZEN INC., Plaintiff–Appellee,

v.

PAR PHARMACEUTICA, INC., and
Dr. Reddy's Laboratories, Inc.,
Defendants,

and

Alphapharm Pty. Ltd., Defendant–
Appellant.

No. 2012–1023.

United States Court of Appeals,
Federal Circuit.

June 5, 2012.

Stephen M. Hash, Vinson & Elkins LLP, of Austin, TX, argued for plaintiff-appellee. With him on the brief were Tracey B. Davies, Willem G. Schuurman; Jennifer Librach Nall; and Stephanie Lollo Donahue and Rebecca Cantor, of New York, NY.

Thomas J. Parker, Alston & Bird LLP, of New York, NY, argued for defendant-appellant. With him on the brief was Natalie C. Clayton.

Before NEWMAN, CLEVENGER, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.